```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUNIOR SMELLIE,

                Plaintiff,

      -v-

MCFEN GROUP, INC.,

                Defendant.

**ORDER**

24-CV-8233 (JMF) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By an Order of Reference dated November 4, 2024, this case was referred to Magistrate Judge Stein for settlement.  ECF No. 7.  By Order dated November 4, 2024, Judge Furman directed the parties to contact Magistrate Judge Stein to schedule a settlement conference within one week of the filing of an answer.  ECF No. 7.  On November 6, 2024, the settlement referral was reassigned to me.  Given this reassignment, the parties should contact me to schedule a settlement conference pursuant to Judge Furman's direction once an answer is filed.

    In order to do so, the parties should contact Chambers at [RicardoNYSDChambers@nysd.uscourts.gov](mailto:RicardoNYSDChambers@nysd.uscourts.gov), copying all counsel or pro se litigants if they are unrepresented, to schedule a settlement conference for a time when it would be productive.  The parties are also directed to review the "Procedures for All

Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at

https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: November 7, 2024
      New York, New York

                                       Henry J. Ricardo
                                       United States Magistrate Judge