UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JUNIOR SMELLIE, :
:
Plaintiff, :
: 24-CV-8233 (JMF)
-v- :
: ORDER
MCFEN GROUP, INC., :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On **October 31, 2024**, Defendant was served with the Complaint, and proof of service was filed with the Court.  *See* ECF No. 5.  To date, Defendant has failed to appear in this action.  No later than **December 4, 2024**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendant or if he has any other reason to believe that Defendant has actual notice of this lawsuit.

      Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendant **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

      SO ORDERED.

Dated: November 25, 2024
       New York, New York                        _____
                                                             JESSE M. FURMAN
                                                      United States District Judge