UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                    :
JUNIOR SMELLIE,                                     :
                                                    :
                          Plaintiff,                :          24-CV-8233 (JMF)
                                                    :
           -v-                                      :          ORDER
                                                    :
MCFEN GROUP, INC.,                                  :
                                                    :
                          Defendant.                :
                                                    :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Counsel are reminded that, per the Court's earlier Scheduling Order, they must submit
their proposed case management plan and joint letter by the Thursday prior to the upcoming
conference.  The parties should indicate in their joint letter whether they can do without a
conference altogether.  If so, the Court may enter a case management plan and scheduling order
and the parties need not appear.  If not (or if the Court concludes that, the parties' views
notwithstanding, a conference should be held), the Court will hold the initial conference **by
telephone**, albeit perhaps at a different time.  To that end, counsel should indicate in their joint
letter dates and times during the week of the conference that they would be available for a
telephone conference.  Unless and until the Court orders otherwise, however, the conference will
proceed — and will do so on the date and time previously set.

        In the event a conference is held, the parties should join it by calling the Court's
dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by
the pound (#) key.  When prompted for an attendee ID number, press the pound (#) key again.
Further, counsel should review and comply with the procedures for telephone conferences set
forth in the Court's Individual Rules and Practices for Civil Cases, available at https://nysd.
uscourts.gov/hon-jesse-m-furman, including Rule 3(B)(i), which requires the parties, **no later
than 24 hours before the conference**, to send a joint email to the Court with the names and
honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the
telephone numbers from which counsel expect to join the call.

        SO ORDERED.

Dated: March 10, 2025                               _____
       New York, New York                                  JESSE M. FURMAN
                                                         United States District Judge