UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Junior Smellie,<br><br>                    Plaintiff,<br><br>           -v-<br><br>McFen Group, Inc.,<br><br>                    Defendant. | Civil Action #: 24-CV-08233 (JMF)(HJR)<br><br>DEFAULT JUDGMENT AND ORDER<br><br>~~(Proposed)~~ |

This matter having been commenced by Plaintiff against defendant McFen Group, Inc. on October 29, 2024 (ECF No. 1), the Court finds as follows:

1. The summons and complaint were duly served on defendant McFen Group, Inc. ("Defendant") through the New York Secretary of State on October 31, 2024 and proof of service was filed on October 31, 2024. (See ECF No. 5)

2. To date Defendant, has not served or filed an answer to the complaint or filed a notice of appearance in this case.

3. On December 12, 2024 Plaintiff filed a Request to the Clerk of the Court for a Certificate of Default against Defendant. (ECF No. 17-19).

4. The Clerk of this Court acknowledged and entered Defendant's default on December 13, 2024. (ECF No. 20).

**THEREFORE**, it is ORDERED, ADJUDGED, and DECREED: That the Court enter judgment against Defendant and in favor of Plaintiff:

  i. For total damages in the amount of ~~$138,281~~. $135,131 (including attorney's fees, which - as discussed on the record earlier today - the Court has reduced by 30%.

Dated: __June 17__, 2025
New York, NY

_____
Hon. Jesse M. Furman, USDJ
United States District Judge

The Clerk of Court is directed to close this case.

1