UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

Junior Smellie,                                                    Civ. Action #: 24-CV-08233 (JMF)(HJR)

                    Plaintiff,

-v-                                                                      **NOTICE OF MOTION**

McFen Group, Inc.,

                    Defendant.

_____

       **PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Nnenna Onua, Esq., the Memorandum of Law, the Affidavit of Rohan Fenton, Defendant McFen Group, Inc., Defendant McFen Group, Inc. ("Defendant"), by and through its undersigned counsel, will move this Court, before the Honorable Jesse M. Furman, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an order pursuant to Federal Rule of Civil Procedure 60(b) vacating the default judgment entered on June 17, 2025.

       Defendant respectfully requests that the Court grant this motion and vacate the default judgment and grant such other and further relief as the Court deems just and proper.

       **PLEASE TAKE FURTHER NOTICE** that, in accordance with the Court's rules, opposition papers, if any, shall be filed and served in accordance with the Court's scheduling order.

Dated: March 17, 2026
New York, New York

Respectfully submitted,

Plaintiff is directed to file any opposition to the motion to vacate the default judgment **no later than March 31, 2026**. Any reply shall be filed by **April 7, 2026.**

/s/ Nnenna Onua

SO ORDERED.

March 17, 2026

_____
Nnenna Onua, Esq.

McKinley Onua & Associates, PLLC
Attorney for Defendant
233 Broadway, Suite 2348
New York, NY 10279