# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427
~~~~

**Abdul K. Hassan, Esq.**                                     Tel: 718-740-1000
Email: abdul@abdulhassan.com                                 Fax: 718-740-2000
*Employment and Labor Lawyer*                           Web: www.abdulhassan.com

**March 18, 2026**

**Via ECF**

Hon. Jesse M. Furman, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007
Tel: 212-805-0282

<u>**Re:  Smellie v. McFen Group, Inc.**</u>
**Case No.  24-CV-08233 (JMF)(GS)**
**Motion for Extension of Time/Mediation Referral**

Dear Judge Furman:

My firm represents plaintiff in the above-referenced action, and I respectfully write concerning Defendant's motion to vacate at ECF No. 56, and the briefing schedule subsequently set by the Court. In this regard, it is respectfully requested that this Honorable Court refer this matter to the Court's mediation program and extend Plaintiff's time to respond to this motion to 30 days after the completion of mediation. See *Nunez v. 664 West 161st Street Housing Development Fund Corporation*, SDNY Case No. 24-CV-09156 (RA)(SN) and *Alili v. MJB Holding Corporation et al,* EDNY Case No. 21-CV-04186 (MKB)(PK) (matters referred to mediation program while request to vacate default was pending).

In the alternative, it is respectfully requested that Plaintiff's time to respond to the motion is extended by 30 days to April 30, 2026 in light of Plaintiff's counsel caseload demands and schedule.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510) - *Counsel for Plaintiff*

1

**cc:**    **Defense Counsel via ECF**

Plaintiff's application for a 30-day extension to respond after the completion of  mediation is GRANTED.  By separate order entered today, the Court is referring the parties to the Court-annexed Mediation Program.  Plaintiff is directed to file a letter by the earlier of **April 8, 2026** or **when mediation is scheduled** notifying the Court as to the date of the mediation.  The Clerk of Court is directed to terminate ECF No. 58.

SO ORDERED.

March 19, 2026

2