UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                        :

JUNIOR SMELLIE,                       :

              Plaintiff,      :
                       :      24-CV-8233 (JMF)
     -v-                    :
                       :         ORDER
MCFEN GROUP, INC.,          :

              Defendant.    :
                       :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's March 19, 2026 Order, ECF No. 60, Plaintiff was required to file a letter, the contents of which are described therein, by the earlier of April 8, 2026 or when mediation is scheduled. To date, Plaintiff has not filed the letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **April 17, 2026**. Failure to file the letter by that deadline may result in the default judgment in this case being vacated.

      SO ORDERED.

Dated: April 10, 2026
      New York, New York                        JESSE M. FURMAN
                                        United States District Judge