# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427
~~~~~

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
***Employment and Labor Lawyer***

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

**September 18, 2026**

**Via ECF**

Hon. Jesse M. Furman, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007
Tel: 212-805-0282

**Re: Smellie v. McFen Group, Inc.**
**Case No. 24-CV-08233 (JMF)(GS)**
**Motion for Extension of Time**

Dear Judge Furman:

My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the September 21, 2026 deadline for Plaintiff to file his opposition to Defendant's motion. This request is being made because some additional time is needed for final review, etc. of the motion papers - we do not anticipate any further extensions.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan_____________
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc: Defense Counsel via ECF**

Plaintiff is granted an extension, but only to September 28, 2026; Defendant shall file any reply by October 5, 2026. The Clerk of Court is directed to terminate ECF No. 75.

SO ORDERED.

September 20, 2026
~~~~~