USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 11/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUNIOR SMELLIE,

Plaintiff,

-v-

MCFEN GROUP, INC.,

Defendant.

**ORDER**

24-CV-8233 (JMF) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On November 6, 2024, this case was referred to the undersigned for settlement.

A conference is scheduled on **December 7, 2026** at **10:00 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 552 190 311#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: November 16, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge